NORTH RIVER MORTGAGE COMPANY, Plaintiff, *v.* JOHN A. GODSON et al., Defendants, and ADOLPH MEYERS, Respondent. JONATHAN HOLDEEN, as Assignee of North River Mortgage Company, Appellant.

Argued April 3, 1951; decided April 13, 1951.

*Jonathan Holdeen,* in person, and *Stephen Holden* for Jonathan Holdeen, appellant.

*Robert Moers* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.